UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION


KATHALINA MONACELLI,

    Plaintiff,

v.                                                             CASE NO:  2:08-cv-919-UA-DNF

LEE COUNTY EDUCATION ASSOCIATION, et al.,

    Defendants.
_____/


**O R D E R**

      Pending before the Court is the Report and Recommendation of United States Magistrate Judge Douglas N. Frazier issued January 13, 2009, at docket 10, in which he recommends denying the *pro se* Plaintiff's motion to proceed *in forma pauperis* and dismissing this case because her amended complaint fails to state a claim upon which relief may be granted.  See 28 U.S.C. § 1915(e)(2)(B)(ii) (providing in pertinent that "the court *shall* dismiss the case at any time if the court determines that - the action or appeal - fails to state a claim on which relief may be granted[.]" (emphasis added).  Plaintiff has failed to file any timely objections.

      After careful consideration of Judge Frazier's Report and Recommendation, in conjunction with an independent examination of the court file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects because the Court is satisfied that there is no clear error on the face of the record, specifically those parts of the record cited by Judge Frazier in support of his decision, which precludes the

acceptance of the Report and Recommendation.  See Macort v. Prem, Inc., 208 Fed. Appx. 781, 784 (11th Cir. 2006) (and cases cited).

Accordingly, it is ordered and adjudged as follows:

1) The Court adopts, confirms, and approves Judge Frazier's Report and Recommendation in all respects and makes it a part of this order for all purposes, including appellate review.

2) Plaintiff's Motion to Proceed *In Forma Pauperis* (Dkt. 2) is denied.

3) This case is dismissed without prejudice.

4) The Clerk is directed to terminate any pending motions/deadlines and to close this case.

**DONE AND ORDERED** at Tampa, Florida, on February 3, 2009.

    s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel/Parties of Record
Plaintiff, pro se